| STATE OF INDIANA | ) | IN THE PORTER CIRCUIT COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF PORTER | ) | |

| | | |
|---|---|---|
| MARK KEZY and AMY KEZY | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CAUSE NO: |
| | ) | |
| STATE FARM FIRE AND CASUALTY | ) | |
| COMPANY, | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES AND CONFIRMATION OF APPRAISAL AWARD

COMES NOW Plaintiffs Mark and Amy Kezy, by counsel, Meghann Chonowski of HAIR SHUNNARAH TRIAL ATTORNEYS and for their Complaint for Damages and Confirmation of Appraisal against Defendant, State Farm Fire and Casualty Company ("State Farm") and states as follows:

### *Parties*

1.      At all times relevant herein, Plaintiffs have been a resident of Porter County, Indiana.

2.      At all times relevant hereto, Plaintiff owned certain real estate and improvements located at 636 N 125 W, Valparaiso, IN 46385 (the "Residence").

3.      At all times relevant hereto, State Farm is and has been an insurance company, doing business and selling policies of Homeowners' insurance in the state of Indiana.

4.      At all times relevant hereto, State Farm has been licensed by the Indiana Department of Insurance to issue homeowners' policies to Indiana residents.

5.      The relevant term of coverage for the Policy is August 16, 2019 to August 16, 2020 (the "Term").

*Background*

6.     The State Farm Homeowner's policy issued to Plaintiffs is Policy Number 14-LB-79181 ("the Policy").

7.     The Policy provided replacement cost coverage for hail and windstorm loss to the Residence and structures.

8.     Plaintiffs paid all Policy premiums that became due during the Term.

9.     On or about April 7, 2020, the Residence sustained damage as a result of a hail and windstorm (the "Loss").

10.     The Plaintiffs contacted State Farm and made a claim for Homeowners' insurance coverage under the Policy for structural damage to their property.

11.     State Farm received timely notice of the Loss and Plaintiffs' claim, and further assigned it Claim Number 14-14L350S with a date of loss of April 7, 2020.

12.     Since that time, Plaintiffs have cooperated with State Farm's investigation of the Loss and has further complied with all terms and conditions of the Policy.

13.     State Farm further inspected the property and found hail damage and determined that the damage to the property was a covered claim.

14.     The Plaintiffs and State Farm were unable to agree on the amount of the loss.

15.     Pursuant to the Policy, if the parties fail to agree on the amount of the "loss," either may demand an appraisal of the "loss." The full appraisal provision provides as follows:

**SECTION I – CONDITIONS**

Appraisal. If you and we fail to agree on the amount of loss, either one can demand that the amount of the loss be set by appraisal. If either makes a written demand for appraisal, each shall select a competent, disinterested appraiser. Each shall notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers shall then select

a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court of record in the state where the **residence premises** is located to select an umpire. The appraisers shall then set the amount of the loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon shall be the amount of the loss. If the appraisers fail to agree within a reasonable time, they shall submit their differences to the umpire. Written agreement signed by any two of these three shall set the amount of the loss. Each appraiser shall be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire shall be paid equally by you and us.

16.     On June 1, 2020, Plaintiffs demanded an Appraisal pursuant to the Policy, and identified Ben Perry of Coastal Claims as their appraiser.

17.     On June 17, 2021, State Farm named its Appraiser, Tony Mitchell.

18.     The Appraisers were unable to agree to the amount of the loss and proceeded to engage an umpire.

19.     On July 16, 2021, Plaintiffs' Appraiser and State Farm's Appraiser agreed to Umpire Dennis Keiser of Best Insurance Settlement.

20.      Appraiser Perry submitted his estimate of the loss to the umpire in the amount of $57,540.96 replacement cost value ("RCV").

21.     Appraiser Mitchell submitted his estimate of loss to the umpire in the amount of $4,368.47 (RCV).

22.     On December 6, 2021, Umpire Keiser, determined that the amount of loss for to be $38,052.70, (RCV) "Code" coverage of $2,673.26 and Actual Cash Value ("ACV") in the amount of $19,799.75. (Attached as Exhibit "A" is the signed Appraisal Award).

23.     On December 6, 2021, Appraiser Perry agreed to Umpire Keiser's award and also signed the award. Appraiser Mitchell did not sign the appraisal award. A written agreement

signed by any two of these three shall set the amount of the loss.

24.    Following the appraisal award, on December 14, 2021, State Farm sent a revised estimate and reduced the amount of the appraisal award to $3,410.57 minus the deductible in the amount of $3,335.00 and sent a check to the Plaintiffs in the amount of $55.57.[1] State Farm claimed that since they did not find damage to the roof, shed, or playhouse during their one previous inspection, that the items were not covered.

25.    State Farm refused to comply with the Award issued by the Umpire which determined that the loss to the property from the April 7, 2020, hailstorm included damage to the roof of the house and roof of shed and playhouse. The appraisal provision allows appraisers to either agree to the amount of loss or for an Umpire to determine the amount of loss.

26.    State Farm has refused to comply with its policy provision, specifically, any written agreement signed by any two of these three shall set the amount of the loss.

27.    Plaintiffs have not excused State Farm's non-performance of its obligations under the Policy.

28.    State Farm continued to breach its policy by failing to pay the actual cash value of the award within thirty (60) days as required by its policy.

WHEREFORE, Plaintiffs Mark Kezy and Amy Kezy, by counsel, respectfully requests State Farm be enforced to pay the appraisal award and further requests the following relief:

A.    That this Court order State Farm to pay the appraisal award;

B.    That this Court order State Farm to pay the attorney fees and costs incurred by the Plaintiffs in enforcing the appraisal award;

C.    That this Court award Plaintiffs all proceeds of coverage and/or consequential damages

---

[1] State Farm wrongfully claims that its estimate did not include the roof, playhouse, or shed, that it was therefore not part of the loss. Additionally, State Farm claimed that the roof coverage for the roof was excluded, claiming "wear and tear."

herein; and

D.  That this Court award all other just and proper relief in the premises.

Respectfully submitted,

HAIR SHUNNARAH TRIAL ATTORNEYS

BY: _____

Meghann Chonowski, Esq. #35143-64
2005 Valparaiso Street, Suite 122
Valparaiso, Indiana 46383
(219) 247-8700
meghann@hairshunnarah.com
Counsel for Plaintiffs

## COUNT I
## BREACH OF CONTRACT

1-19.  Plaintiffs repeat and re-allege rhetorical paragraphs 1-19, as if fully reincorporated

herein.

20.  The Policy is a valid contract ("Contract") between Plaintiffs and State Farm.

21.  In addition to the provisions in the Policy, amendments and endorsements, the

Contract further includes additional provisions required by law, as well as an obligation by State

Farm to exercise a covenant of good faith and fair dealing toward Plaintiffs.

22.  State Farm has breached its Contract with the Plaintiffs in one or more of the

following ways:

  a.  Misrepresenting the terms and conditions of coverage;

  b.  Failing to acknowledge and act reasonably promptly upon communications with

    respect to claims arising under the insurance policy;

c.      Failing to adopt and implement reasonable standards for the prompt investigation of claims arising under the policy;

d.      Refusing to pay claims without conducting a reasonable investigation based upon all available information;

e.      Not attempting in good faith to effectuate prompt, fair, and equitable settlements of the claim in which liability is reasonably clear;

f.      Misrepresenting the extent of damage to Plaintiffs' residence and property;

g.      Failing and refusing to pay for necessary services for Plaintiffs' claim;

h.      Failing and refusing to pay Plaintiff pursuant to the coverage for which they paid premiums;

i.      Unnecessarily delaying the handling of the Claim, without legal excuse or justification;

j.      Failing and/or refusing to properly inspect and/or investigate the loss;

k.      Failing to exercise good faith and fair dealing in its handling of Plaintiffs' Claim;

l.      Failing to comply with their own Appraisal provision;

m.      Failing to timely pay the Appraisal Award;

n.      Failing to pay the amount of the Appraisal Award.

o.      Forcing the Plaintiffs to resort to litigation to when it was within the insurer'es power to resolve the matter without litigation.

23.     As a direct and proximate result of State Farm's breach of contract with the Plaintiffs, they have suffered damages, including but not limited to:

a)      The loss and damage to their property without indemnification provided for

in the Policy;

b)    The loss of use of their property and other insurance benefits;

c)    The increased cost to repair and/or replace the Property insured; and

d)    Other consequential damages.

WHEREFORE, Plaintiffs, Matt and Amy Kezy, by counsel, respectfully requests judgment in their favor and against Defendant State Farm Fire and Casualty Company and further requests the following relief:

A.    For the payment of all proceeds available and due under the Policy;

B.    For all reasonable compensatory and consequential damages;

C.    For recoverable pre-judgment and post-judgment interest; and recoverable attorney fees and costs; and

D.    For all other just and proper relief in the premises.

Respectfully submitted,

HAIR SHUNNARAH TRIAL ATTORNEYS

BY: _____

Meghann Chonowski, Esq. #35143-64
2005 Valparaiso Street, Suite 122
Valparaiso, Indiana 46383
(219) 247-8700
meghann@hairshunnarah.com
Counsel for Plaintiffs

## CERTIFICATE OF FILING

*I certify that on the 24th day of February, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS).*

BY: /s/*Meghann L. Chonowski*

# EXHIBIT A

**Best Insurance Settlement**

P.O. Box 705
Fremont, In. 46737
574-354-9979

## Appraisal Award Form

Insurance Carrier: State Farm
Claim Number:  14-14L3-50S
Date of Loss:  04-07-20
Insured: Mark & Amy Kezy
Address: 636 N CR 125 West, Valparaiso, In. 46385

We, the undersigned, pursuant to our appointment as appraisers and umpire as listed in the Appraisal provision of the insurance policy, DO HEREBY CERTIFY that we have truly and conscientiously performed the duties assigned to us, and have appraised and determined the amount of loss which includes and reflects any advance payments paid. We have carefully examined documents representing the premises and remains of property, if any, in accordance with the appointment upon us, and have determined the amount of loss and damage as stated below.

| COVERAGE TYPE | REPLACEMENT COST | ACTUAL CASH VALUE | Initial each line if agreed | |
|---|---|---|---|---|
| Building Coverage | $38,052.70 | 19,799.75 | OK | BP |
| Code | $2,673.26 | | OK | BP |
| | | | | |
| | | | | |
| | | | | |
| Total | $40,725.96 | | OK | BP |

Stipulations:  The award is made without consideration of the deductible or any prior payments that may have been issued.  Such deductibles and prior payments may be deducted from the award. This award is made subject to all the terms, conditions, and exclusions of the above listed policy.

| Insurance Co. Appraiser | Insured's Appraiser | Umpire |
|---|---|---|
| | | |
| Date: | Date:  10/06/2021 | Date:10-06-21 |

**Best Insurance Settlement**

Best Insurance Settlement
P.O. Box 705
Fremont In 46737

Insured:     Mark & Amy Kezy
Property:    636 N County Road 125 West
             Valparaiso , IN 46385

Estimator:   Denny Keiser

**Claim Number:** 14-14L3-50S        **Policy Number:** 14LB79181        **Type of Loss:** Hail

Date of Loss:     4/7/2020            Date Received:   10/1/2021
Date Inspected:   10/5/2021           Date Entered:    10/1/2021 2:52 PM

Price List:       INMC8X_SEP21
                  Restoration/Service/Remodel
Estimate:         14-14L3-50S

**Best Insurance Settlement**

Best Insurance Settlement
P.O. Box 705
Fremont In 46737

### 14-14L3-50S

### Source - Eagle View

### Source - Eagle View



### Play house roof

| | |
|---|---|
| 190.06  Surface Area | 1.90  Number of Squares |
| 55.15  Total Perimeter Length | 14.00  Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1.  Tear off, haul and dispose of comp. shingles - Laminated | 1.90 SQ | 66.74 | 0.00 | 126.81 | (0.00) | 126.81 |
| 2.  Laminated - comp. shingle rfg. - w/out felt | 2.33 SQ | 212.26 | 17.05 | 511.62 | (341.08) | 170.54 |
| 3.  Roofing felt - 15 lb. | 1.90 SQ | 28.47 | 0.78 | 54.87 | (54.87) | 0.00 |
| 4.  Drip edge | 55.15 LF | 2.39 | 3.71 | 135.52 | (77.44) | 58.08 |
| 5.  Ridge cap - composition shingles | 14.00 LF | 3.88 | 1.13 | 55.45 | (44.36) | 11.09 |
| 6.  Asphalt starter - universal starter course | 28.00 LF | 1.74 | 0.88 | 49.60 | (49.60) | 0.00 |
| 7.  Remove Additional charge for steep roof - 10/12 - 12/12 slope | 1.90 SQ | 24.52 | 0.00 | 46.59 | (0.00) | 46.59 |
| 8.  Additional charge for steep roof - 10/12 - 12/12 slope | 2.33 SQ | 62.62 | 0.00 | 145.90 | (0.00) | 145.90 |
| **Totals:  Play house roof** | | | **23.55** | **1,126.36** | **567.35** | **559.01** |



### Shed Roof

| | |
|---|---|
| 273.36  Surface Area | 2.73  Number of Squares |
| 66.24  Total Perimeter Length | 17.50  Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 9.  Tear off, haul and dispose of comp. shingles - Laminated | 2.73 SQ | 66.74 | 0.00 | 182.20 | (0.00) | 182.20 |
| 10.  Laminated - comp. shingle rfg. - w/out felt | 3.33 SQ | 212.26 | 24.37 | 731.20 | (487.47) | 243.73 |
| 11.  Roofing felt - 15 lb. | 2.73 SQ | 28.47 | 1.12 | 78.84 | (78.84) | 0.00 |
| 12.  Drip edge | 66.24 LF | 2.39 | 4.45 | 162.76 | (93.00) | 69.76 |
| 13.  Ridge cap - composition shingles | 17.50 LF | 3.88 | 1.41 | 69.31 | (55.45) | 13.86 |
| 14.  Asphalt starter - universal starter course | 35.00 LF | 1.74 | 1.10 | 62.00 | (62.00) | 0.00 |
| 15.  Remove Additional charge for steep roof - 10/12 - 12/12 slope | 2.73 SQ | 24.52 | 0.00 | 66.94 | (0.00) | 66.94 |

## Best Insurance Settlement

Best Insurance Settlement
P.O. Box 705
Fremont In 46737

**CONTINUED - Shed Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 16.  Additional charge for steep roof - 10/12 - 12/12 slope | 3.33 SQ | 62.62 | 0.00 | 208.52 | (0.00) | 208.52 |
| **Totals:  Shed Roof** | | | **32.45** | **1,561.77** | **776.76** | **785.01** |



### House Roof

| | |
|---|---|
| 5455.51  Surface Area | 54.56  Number of Squares |
| 546.70  Total Perimeter Length | 208.16  Total Ridge Length |
| 0.01  Total Hip Length | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 17.  Tear off, haul and dispose of comp. shingles - Laminated | 54.55 SQ | 66.74 | 0.00 | 3,640.67 | (0.00) | 3,640.67 |
| 18.  Laminated - comp. shingle rfg. - w/out felt | 60.33 SQ | 212.26 | 441.44 | 13,247.09 | (8,831.39) | 4,415.70 |
| 19.  Roofing felt - 15 lb. | 54.55 SQ | 28.47 | 22.34 | 1,575.38 | (1,575.38) | 0.00 |
| 20.  Drip edge | 469.00 LF | 2.39 | 31.52 | 1,152.43 | (658.53) | 493.90 |
| 21.  Ridge cap - composition shingles | 208.14 LF | 3.88 | 16.76 | 824.34 | (659.47) | 164.87 |
| 22.  R&R Flashing - pipe jack | 3.00 EA | 49.61 | 2.79 | 151.62 | (73.16) | 78.46 |
| 23.  Asphalt starter - universal starter course | 263.00 LF | 1.74 | 8.28 | 465.90 | (465.90) | 0.00 |
| 24.  Remove Additional charge for steep roof - 7/12 to 9/12 slope | 25.65 SQ | 15.61 | 0.00 | 400.40 | (0.00) | 400.40 |
| 25.  Additional charge for steep roof - 7/12 to 9/12 slope | 28.33 SQ | 39.85 | 0.00 | 1,128.95 | (0.00) | 1,128.95 |
| 26.  Remove Additional charge for steep roof - 10/12 - 12/12 slope | 28.90 SQ | 24.52 | 0.00 | 708.63 | (0.00) | 708.63 |
| 27.  Additional charge for steep roof - 10/12 - 12/12 slope | 32.00 SQ | 62.62 | 0.00 | 2,003.84 | (0.00) | 2,003.84 |
| 28.  Continuous ridge vent - shingle-over style | 178.14 LF | 8.10 | 41.90 | 1,484.83 | (848.47) | 636.36 |
| 29.  R&R Flue cap - oversized | 1.00 EA | 250.77 | 14.14 | 264.91 | (243.97) | 20.94 |
| 30.  R&R Fireplace - chimney chase cover - sheet metal | 1.00 EA | 432.71 | 14.91 | 447.62 | (426.68) | 20.94 |
| 31.  R&R Chimney flashing - average (32" x 36") | 1.00 EA | 378.22 | 5.56 | 383.78 | (207.34) | 176.44 |
| 32.  Step flashing | 64.00 LF | 8.72 | 6.76 | 564.84 | (322.76) | 242.08 |
| 33.  R&R Flashing - L flashing - color finish | 28.00 LF | 4.81 | 3.67 | 138.35 | (68.50) | 69.85 |
| 34.  R&R Counterflashing - Apron flashing | 92.00 LF | 9.44 | 9.34 | 877.82 | (466.92) | 410.90 |
| 35.  Detach & Reset Siding - beveled - cedar (clapboard) | 285.58 SF | 2.75 | 2.00 | 787.35 | (0.00) | 787.35 |
| 36.  Seal & paint wood siding | 285.58 SF | 1.76 | 9.00 | 511.62 | (0.00) | 511.62 |
| 37.  Siding Installer - per hour | 6.00 HR | 100.00 | 0.00 | 600.00 | (0.00) | 600.00 |

additional labor for siding and painter for 8/12 pitch work on roof

**Best Insurance Settlement**

Best Insurance Settlement
P.O. Box 705
Fremont In 46737

### CONTINUED - House Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| ~~38.  Ice & water barrier~~ | ~~1,917.00 SF~~ | ~~1.37~~ | ~~46.97~~ | ~~2,673.26~~ | ~~(0.00)~~ | ~~2,673.26~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.
This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.
Area includes dormer walls, eave edges, and valleys.  Excludes east garage eave as that area not heated.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Totals:  House Roof** | | | **630.41** | **31,360.37** | **14,848.47** | **16,511.90** |

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 39.  R&R Gutter / downspout - aluminum - up to 5" | 80.00 LF | 8.90 | 23.41 | 735.41 | (552.49) | 182.92 |
| **Totals:  Front Elevation** | | | **23.41** | **735.41** | **552.49** | **182.92** |

### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 40.  R&R Gutter / downspout - aluminum - up to 5" | 42.00 LF | 8.90 | 12.29 | 386.09 | (290.05) | 96.04 |
| **Totals:  Right Elevation** | | | **12.29** | **386.09** | **290.05** | **96.04** |

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 41.  R&R Gutter / downspout - aluminum - up to 5" | 154.00 LF | 8.90 | 45.06 | 1,415.66 | (1,063.54) | 352.12 |
| **Totals:  Rear Elevation** | | | **45.06** | **1,415.66** | **1,063.54** | **352.12** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|

**Best Insurance Settlement**

Best Insurance Settlement
P.O. Box 705
Fremont In 46737

### CONTINUED - Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 42.  R&R Gutter / downspout - aluminum - up to 5" | 16.00 LF | 8.90 | 4.68 | 147.08 | (110.49) | 36.59 |
| 43.  Comb and straighten a/c condenser fins - with trip charge | 1.00 EA | 175.13 | 0.00 | 175.13 | (0.00) | 175.13 |
| Homeowner replaced ac unit in September 2021, less then 6 weeks old.   Original ac inspected by both appraisers was no longer present. | | | | | | |
| 44.  R&R Fascia - metal - 6" | 12.42 LF | 5.72 | 1.49 | 72.54 | (27.18) | 45.36 |
| 45.  R&R Siding - beveled - cedar (clapboard) | 12.42 SF | 6.97 | 2.48 | 89.05 | (16.62) | 72.43 |
| 46.  Seal & paint wood siding | 12.42 SF | 1.76 | 0.39 | 22.25 | (0.00) | 22.25 |
| **Totals:  Left Elevation** | | | **9.04** | **506.05** | **154.29** | **351.76** |

### Debris Removal

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 47.  Haul debris - per pickup truck load - including dump fees | 1.00 EA | 169.16 | 0.00 | 169.16 | (0.00) | 169.16 |
| fascia and gutters | | | | | | |
| **Totals:  Debris Removal** | | | **0.00** | **169.16** | **0.00** | **169.16** |

| **Total:  Source - Eagle View** | | | **776.21** | **37,260.87** | **18,252.95** | **19,007.92** |



**Deck**                                    **LxWxH 19' 6" x 14' x 3'**

| 201.00 SF Walls | 273.00 SF Ceiling |
|---|---|
| 474.00 SF Walls & Ceiling | 273.00 SF Floor |
| 30.33 SY Flooring | 67.00 LF Floor Perimeter |
| 58.50 SF Long Wall | 42.00 SF Short Wall |
| 67.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 48.  Clean with pressure/chemical spray | 402.50 SF | 0.30 | 0.28 | 121.03 | (0.00) | 121.03 |
| 49.  Paint deck - 2 coats paint | 301.00 SF | 1.32 | 4.42 | 401.74 | (0.00) | 401.74 |
| 50.  Paint deck handrail - 2 coats paint | 29.00 LF | 9.25 | 0.81 | 269.06 | (0.00) | 269.06 |
| Homeowner had this work completed and was freshly coated with a thicker deck surface coat texture surface, estimated for paint based on photos from Coastal claims which show paint chips consistent with hail impact damage. | | | | | | |
| **Totals:  Deck** | | | **5.51** | **791.83** | **0.00** | **791.83** |

**Best Insurance Settlement**

Best Insurance Settlement
P.O. Box 705
Fremont In 46737

| | Permits | | | | | | |
|---|---|---|---|---|---|---|---|
| **DESCRIPTION** | | **QUANTITY** | **UNIT PRICE** | **TAX** | **RCV** | **DEPREC.** | **ACV** |
| 51. Taxes, insurance, permits & fees (Bid Item) upon submission | | 1.00 EA | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Permits** | | | | **0.00** | **0.00** | **0.00** | **0.00** |
| **Total: Source - Eagle View** | | | | **781.72** | **38,052.70** | **18,252.95** | **19,799.75** |
| **Line Item Totals: 14-14L3-50S** | | | | **781.72** | **38,052.70** | **18,252.95** | **19,799.75** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 201.00 | SF Walls | 273.00 | SF Ceiling | 474.00 | SF Walls and Ceiling |
| 273.00 | SF Floor | 30.33 | SY Flooring | 67.00 | LF Floor Perimeter |
| 58.50 | SF Long Wall | 42.00 | SF Short Wall | 67.00 | LF Ceil. Perimeter |
| | | | | | |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 9,171.03 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| | | | | | |
| 5,918.93 | Surface Area | 59.19 | Number of Squares | 668.09 | Total Perimeter Length |
| 239.66 | Total Ridge Length | 0.01 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 38,052.70 | 100.00% | 19,799.75 | 100.00% |
| Dwelling - Code Upgrade | 0.00 | 0.00% | 0.00 | 0.00% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 38,052.70 | 100.00% | 19,799.75 | 100.00% |

**Best Insurance Settlement**

Best Insurance Settlement
P.O. Box 705
Fremont In 46737

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 37,270.98 |
| Material Sales Tax | 781.72 |
| **Replacement Cost Value** | **$38,052.70** |
| Less Depreciation | (18,252.95) |
| **Actual Cash Value** | **$19,799.75** |
| **Net Claim** | **$19,799.75** |
| Total Recoverable Depreciation | 18,252.95 |
| **Net Claim if Depreciation is Recovered** | **$38,052.70** |

_____

Denny Keiser

**Best Insurance Settlement**

Best Insurance Settlement
P.O. Box 705
Fremont In 46737

### Summary for Dwelling - Code Upgrade

| | |
|---|---:|
| Line Item Total | 0.00 |
| **Replacement Cost Value** | **$0.00** |
| **Net Claim** | **$0.00** |

### Dwelling - Code Upgrade Paid When Incurred

| | |
|---|---:|
| Line Item Total | 2,626.29 |
| Material Sales Tax | 46.97 |
| **Replacement Cost Value** | **$2,673.26** |
| **Total Paid When Incurred** | **$2,673.26** |
| **Net Claim** | **$0.00** |
| **Net Claim if Additional Amounts are Recovered** | **$2,673.26** |

_____

Denny Keiser

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Mark Kezy, Amy Kezy v. State Farm Fire and Casualty Company

| Case Number | 64D01-2202-CT-001598 |
|---|---|
| Court | Porter Superior Court 1 |
| Type | CT - Civil Tort |
| Filed | 02/24/2022 |
| Status | 02/24/2022 , Pending  (active) |

## Parties to the Case

Defendant   State Farm Fire and Casualty Company

Address
REGISTERED AGENT: CORPORATION SYSTEM COMPANY
135 N PENNSYLVANIA ST STE 1610
INDIANAPOLIS, IN 46204-2448

Attorney
Eric Christopher McNamar
*#2246749, Lead, Retained*

Lewis Wagner, LLP
1411 Roosevelt Ave.
Suite 102
Indianapolis, IN 46201
317-237-0500(W)

Attorney
Edmund Leonard Abel
*#3629349, Retained*

1411 Roosevelt Ave.
Suite 102
Indianapolis, IN 46201
317-237-0500(W)

Plaintiff     Kezy, Mark

Attorney
Meghann Leigh Chonowski
*#3514364, Retained*

2005 Valparaiso ST
STE 122
Valparaiso, IN 46383
(832) 477-2405(W)

Plaintiff     Kezy, Amy

Attorney:
Meghann Leigh Chonowski
*#3514364, Retained*

2005 Valparaiso ST
STE 122
Valparaiso, IN 46383
(832) 477-2405(W)

## Chronological Case Summary

| 02/24/2022 | **Case Opened as a New Filing** |
| --- | --- |

| 02/24/2022 | **Appearance Filed** |
| --- | --- |

Notice of Appearance

| For Party: | Kezy, Mark |
| --- | --- |
| For Party: | Kezy, Amy |
| File Stamp: | 02/24/2022 |

| 02/24/2022 | **Complaint/Equivalent Pleading Filed** |
| --- | --- |

Complaint

| Filed By: | Kezy, Mark |
| --- | --- |
| Filed By: | Kezy, Amy |
| File Stamp: | 02/24/2022 |

| 02/24/2022 | **Subpoena/Summons Filed** |
| --- | --- |

Summons to State Farm

| Filed By: | Kezy, Mark |
| --- | --- |
| Filed By: | Kezy, Amy |
| File Stamp: | 02/24/2022 |

| 02/25/2022 | **Automated Paper Notice Issued to Parties** |
| --- | --- |

Appearance Filed ---- 2/24/2022 : State Farm Fire and Casualty Company Subpoena/Summons Filed ---- 2/24/2022 :
State Farm Fire and Casualty Company

| 02/25/2022 | **Automated ENotice Issued to Parties** |
| --- | --- |

Appearance Filed ---- 2/24/2022 : Meghann Leigh Chonowski Subpoena/Summons Filed ---- 2/24/2022 : Meghann Leigh
Chonowski

| 03/25/2022 | **Appearance Filed** |
| --- | --- |

Appearance of Eric McNamar and Edmund Abel for State Farm

| For Party: | State Farm Fire and Casualty Company |
| --- | --- |
| File Stamp: | 03/25/2022 |

| 03/25/2022 | **Motion for Enlargement of Time Filed** |
| --- | --- |

Motion for Enlargement of Time-State Farm

| Filed By: | State Farm Fire and Casualty Company |
| --- | --- |
| File Stamp: | 03/25/2022 |

| 03/25/2022 | **Order Granting Motion for Enlargement of Time** |
| --- | --- |

COURT GRANTS ADD'L TIME TO AND INCLUDING MAY 6, 2022

| Order Signed: | 03/25/2022 |
| --- | --- |

03/26/2022    Automated ENotice Issued to Parties

Appearance Filed ---- 3/25/2022 : Edmund Leonard Abel;Eric Christopher McNamar;Meghann Leigh Chonowski Order Granting Motion for Enlargement of Time ---- 3/25/2022 : Edmund Leonard Abel;Eric Christopher McNamar;Meghann Leigh Chonowski

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Kezy, Mark
Plaintiff

### Balance Due (as of 04/13/2022)
**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 02/24/2022 | Transaction Assessment | 157.00 |
| 02/24/2022 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

STATE OF INDIANA              )              IN THE PORTER CIRCUIT COURT
                             ) SS:
COUNTY OF PORTER             )

MARK KEZY and AMY KEZY                    )
        Plaintiffs                        )
                                          )
v.                                        )    CAUSE NO:
                                          )
STATE FARM FIRE AND CASUALTY              )
COMPANY,                                  )
        Defendant.                        )

**Party Classification:  Initiating** **\*\*\*\*** **Responding** **___  Intervening____**

1.   The undersigned attorney and all attorneys listed on this form now appear in this case for
     the following party member(s):  **MARK KEZY AND AMY KEZY**

2.   Applicable attorney information for service as required by Trial Rule 5(b)(2) and for case
     information as required by Trial Rules 3.1 and 77(B) is as follows:

     **MEGHANN L. CHONOWSKI**         **Atty. No:**    **35143-64**
     **HAIR SHUNNARAH**               **Phone:**       **(219) 247-8700 Ext. 5019**
     **2005 Valparaiso Street. Suite 122**   **Fax:**         **(506) 613-6351**
     **Valparaiso, IN 46383**         **Email: meghann@hairshunnarah.com**

3.   There are other party members:  Yes ___   No **\*\*\***

4.   *If first initiating party filing this case*, the Clerk is requested to assign this case the
     following Case Type under Administrative Rule 8(B)(#):    CT

5.   Will Defendant accept service by FAX: Yes ___   No **\*\*\***

6.   This case involves support issues. Yes ___  No **\*\*\***

7.   There are related cases.   Yes ___   No **\*\*\***

8.   This form has been served on all other parties.  Certificate of Service is attached. no

                              Respectfully submitted by:

                              By: */s/ Meghann L. Chonowski*
                                  Meghann L. Chonowski

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PORTER CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF PORTER | ) | |

| | |
|---|---|
| MARK KEZY and AMY KEZY | ) |
|     Plaintiffs | ) |
| | ) |
| v. | )   CAUSE NO: |
| | ) |
| STATE FARM FIRE AND CASUALTY | ) |
| COMPANY, | ) |
|     Defendant. | ) |

## **COMPLAINT FOR DAMAGES AND CONFIRMATION OF APPRAISAL AWARD**

COMES NOW Plaintiffs Mark and Amy Kezy, by counsel, Meghann Chonowski of HAIR SHUNNARAH TRIAL ATTORNEYS and for their Complaint for Damages and Confirmation of Appraisal against Defendant, State Farm Fire and Casualty Company ("State Farm") and states as follows:

### *Parties*

1.    At all times relevant herein, Plaintiffs have been a resident of Porter County, Indiana.

2.    At all times relevant hereto, Plaintiff owned certain real estate and improvements located at 636 N 125 W, Valparaiso, IN 46385 (the "Residence").

3.    At all times relevant hereto, State Farm is and has been an insurance company, doing business and selling policies of Homeowners' insurance in the state of Indiana.

4.    At all times relevant hereto, State Farm has been licensed by the Indiana Department of Insurance to issue homeowners' policies to Indiana residents.

5.    The relevant term of coverage for the Policy is August 16, 2019 to August 16, 2020 (the "Term").

*Background*

6.      The State Farm Homeowner's policy issued to Plaintiffs is Policy Number 14-LB-79181 ("the Policy").

7.      The Policy provided replacement cost coverage for hail and windstorm loss to the Residence and structures.

8.      Plaintiffs paid all Policy premiums that became due during the Term.

9.      On or about April 7, 2020, the Residence sustained damage as a result of a hail and windstorm (the "Loss").

10.      The Plaintiffs contacted State Farm and made a claim for Homeowners' insurance coverage under the Policy for structural damage to their property.

11.      State Farm received timely notice of the Loss and Plaintiffs' claim, and further assigned it Claim Number 14-14L350S with a date of loss of April 7, 2020.

12.      Since that time, Plaintiffs have cooperated with State Farm's investigation of the Loss and has further complied with all terms and conditions of the Policy.

13.      State Farm further inspected the property and found hail damage and determined that the damage to the property was a covered claim.

14.      The Plaintiffs and State Farm were unable to agree on the amount of the loss.

15.      Pursuant to the Policy, if the parties fail to agree on the amount of the "loss," either may demand an appraisal of the "loss." The full appraisal provision provides as follows:

**SECTION I – CONDITIONS**

Appraisal. If you and we fail to agree on the amount of loss, either one can demand that the amount of the loss be set by appraisal. If either makes a written demand for appraisal, each shall select a competent, disinterested appraiser. Each shall notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers shall then select

a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court of record in the state where the **residence premises** is located to select an umpire. The appraisers shall then set the amount of the loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon shall be the amount of the loss. If the appraisers fail to agree within a reasonable time, they shall submit their differences to the umpire. Written agreement signed by any two of these three shall set the amount of the loss. Each appraiser shall be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire shall be paid equally by you and us.

16.     On June 1, 2020, Plaintiffs demanded an Appraisal pursuant to the Policy, and identified Ben Perry of Coastal Claims as their appraiser.

17.     On June 17, 2021, State Farm named its Appraiser, Tony Mitchell.

18.     The Appraisers were unable to agree to the amount of the loss and proceeded to engage an umpire.

19.     On July 16, 2021, Plaintiffs' Appraiser and State Farm's Appraiser agreed to Umpire Dennis Keiser of Best Insurance Settlement.

20.      Appraiser Perry submitted his estimate of the loss to the umpire in the amount of $57,540.96 replacement cost value ("RCV").

21.     Appraiser Mitchell submitted his estimate of loss to the umpire in the amount of $4,368.47 (RCV).

22.     On December 6, 2021, Umpire Keiser, determined that the amount of loss for to be $38,052.70, (RCV) "Code" coverage of $2,673.26 and Actual Cash Value ("ACV") in the amount of $19,799.75. (Attached as Exhibit "A" is the signed Appraisal Award).

23.     On December 6, 2021, Appraiser Perry agreed to Umpire Keiser's award and also signed the award. Appraiser Mitchell did not sign the appraisal award. A written agreement

signed by any two of these three shall set the amount of the loss.

24.    Following the appraisal award, on December 14, 2021, State Farm sent a revised estimate and reduced the amount of the appraisal award to $3,410.57 minus the deductible in the amount of $3,335.00 and sent a check to the Plaintiffs in the amount of $55.57.[1] State Farm claimed that since they did not find damage to the roof, shed, or playhouse during their one previous inspection, that the items were not covered.

25.    State Farm refused to comply with the Award issued by the Umpire which determined that the loss to the property from the April 7, 2020, hailstorm included damage to the roof of the house and roof of shed and playhouse. The appraisal provision allows appraisers to either agree to the amount of loss or for an Umpire to determine the amount of loss.

26.    State Farm has refused to comply with its policy provision, specifically, any written agreement signed by any two of these three shall set the amount of the loss.

27.    Plaintiffs have not excused State Farm's non-performance of its obligations under the Policy.

28.    State Farm continued to breach its policy by failing to pay the actual cash value of the award within thirty (60) days as required by its policy.

WHEREFORE, Plaintiffs Mark Kezy and Amy Kezy, by counsel, respectfully requests State Farm be enforced to pay the appraisal award and further requests the following relief:

A.    That this Court order State Farm to pay the appraisal award;

B.    That this Court order State Farm to pay the attorney fees and costs incurred by the Plaintiffs in enforcing the appraisal award;

C.    That this Court award Plaintiffs all proceeds of coverage and/or consequential damages

---

[1] State Farm wrongfully claims that its estimate did not include the roof, playhouse, or shed, that it was therefore not part of the loss. Additionally, State Farm claimed that the roof coverage for the roof was excluded, claiming "wear and tear."

herein; and

D.  That this Court award all other just and proper relief in the premises.

Respectfully submitted,

HAIR SHUNNARAH TRIAL ATTORNEYS

BY: _____

Meghann Chonowski, Esq. #35143-64
2005 Valparaiso Street, Suite 122
Valparaiso, Indiana 46383
(219) 247-8700
meghann@hairshunnarah.com
Counsel for Plaintiffs

## COUNT I
## BREACH OF CONTRACT

1-19.  Plaintiffs repeat and re-allege rhetorical paragraphs 1-19, as if fully reincorporated

herein.

20.    The Policy is a valid contract ("Contract") between Plaintiffs and State Farm.

21.    In addition to the provisions in the Policy, amendments and endorsements, the

Contract further includes additional provisions required by law, as well as an obligation by State

Farm to exercise a covenant of good faith and fair dealing toward Plaintiffs.

22.    State Farm has breached its Contract with the Plaintiffs in one or more of the

following ways:

a.    Misrepresenting the terms and conditions of coverage;

b.    Failing to acknowledge and act reasonably promptly upon communications with

respect to claims arising under the insurance policy;

    c.     Failing to adopt and implement reasonable standards for the prompt investigation of claims arising under the policy;

    d.     Refusing to pay claims without conducting a reasonable investigation based upon all available information;

    e.     Not attempting in good faith to effectuate prompt, fair, and equitable settlements of the claim in which liability is reasonably clear;

    f.     Misrepresenting the extent of damage to Plaintiffs' residence and property;

    g.     Failing and refusing to pay for necessary services for Plaintiffs' claim;

    h.     Failing and refusing to pay Plaintiff pursuant to the coverage for which they paid premiums;

    i.     Unnecessarily delaying the handling of the Claim, without legal excuse or justification;

    j.     Failing and/or refusing to properly inspect and/or investigate the loss;

    k.     Failing to exercise good faith and fair dealing in its handling of Plaintiffs' Claim;

    l.     Failing to comply with their own Appraisal provision;

    m.     Failing to timely pay the Appraisal Award;

    n.     Failing to pay the amount of the Appraisal Award.

    o.     Forcing the Plaintiffs to resort to litigation to when it was within the insurer'es power to resolve the matter without litigation.

23.    As a direct and proximate result of State Farm's breach of contract with the Plaintiffs, they have suffered damages, including but not limited to:

    a)     The loss and damage to their property without indemnification provided for

in the Policy;

b)      The loss of use of their property and other insurance benefits;

c)      The increased cost to repair and/or replace the Property insured; and

d)      Other consequential damages.

WHEREFORE, Plaintiffs, Matt and Amy Kezy, by counsel, respectfully requests judgment in their favor and against Defendant State Farm Fire and Casualty Company and further requests the following relief:

A.      For the payment of all proceeds available and due under the Policy;

B.      For all reasonable compensatory and consequential damages;

C.      For recoverable pre-judgment and post-judgment interest; and recoverable attorney fees and costs; and

D.      For all other just and proper relief in the premises.


Respectfully submitted,

HAIR SHUNNARAH TRIAL ATTORNEYS


BY: _____
Meghann Chonowski, Esq. #35143-64
2005 Valparaiso Street, Suite 122
Valparaiso, Indiana 46383
(219) 247-8700
meghann@hairshunnarah.com
Counsel for Plaintiffs

**CERTIFICATE OF FILING**

*I certify that on the 24th day of February, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS).*

BY: /s/*Meghann L. Chonowski*



**Best Insurance Settlement**

P.O. Box 705
Fremont, In. 46737
574-354-9979

## Appraisal Award Form

Insurance Carrier: State Farm
Claim Number:  14-14L3-50S
Date of Loss:  04-07-20
Insured: Mark & Amy Kezy
Address: 636 N CR 125 West, Valparaiso, In. 46385

We, the undersigned, pursuant to our appointment as appraisers and umpire as listed in the Appraisal provision of the insurance policy, DO HEREBY CERTIFY that we have truly and conscientiously performed the duties assigned to us, and have appraised and determined the amount of loss which includes and reflects any advance payments paid. We have carefully examined documents representing the premises and remains of property, if any, in accordance with the appointment upon us, and have determined the amount of loss and damage as stated below.

| COVERAGE TYPE | REPLACEMENT COST | ACTUAL CASH VALUE | Initial each line if agreed | |
|---|---|---|---|---|
| Building Coverage | $38,052.70 | 19,799.75 | OK | BP |
| Code | $2,673.26 | | OK | BP |
| | | | | |
| | | | | |
| | | | | |
| Total | $40,725.96 | | OK | BP |

Stipulations:  The award is made without consideration of the deductible or any prior payments that may have been issued.  Such deductibles and prior payments may be deducted from the award. This award is made subject to all the terms, conditions, and exclusions of the above listed policy.

| Insurance Co. Appraiser | Insured's Appraiser | Umpire |
|---|---|---|
| | | |
| Date: | Date:  10/06/2021 | Date:10-06-21 |

## Best Insurance Settlement

Best Insurance Settlement
P.O. Box 705
Fremont In 46737

Insured:     Mark & Amy Kezy
Property:    636 N County Road 125 West
             Valparaiso , IN 46385

Estimator:   Denny Keiser

**Claim Number:** 14-14L3-50S          **Policy Number:** 14LB79181          **Type of Loss:** Hail

Date of Loss:     4/7/2020          Date Received:    10/1/2021
Date Inspected:   10/5/2021         Date Entered:     10/1/2021 2:52 PM

Price List:    INMC8X_SEP21
               Restoration/Service/Remodel
Estimate:      14-14L3-50S

**Best Insurance Settlement**

Best Insurance Settlement
P.O. Box 705
Fremont In 46737

### 14-14L3-50S

### Source - Eagle View

### Source - Eagle View



#### Play house roof

| | |
|---|---|
| 190.06 Surface Area | 1.90 Number of Squares |
| 55.15 Total Perimeter Length | 14.00 Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | 1.90 SQ | 66.74 | 0.00 | 126.81 | (0.00) | 126.81 |
| 2. Laminated - comp. shingle rfg. - w/out felt | 2.33 SQ | 212.26 | 17.05 | 511.62 | (341.08) | 170.54 |
| 3. Roofing felt - 15 lb. | 1.90 SQ | 28.47 | 0.78 | 54.87 | (54.87) | 0.00 |
| 4. Drip edge | 55.15 LF | 2.39 | 3.71 | 135.52 | (77.44) | 58.08 |
| 5. Ridge cap - composition shingles | 14.00 LF | 3.88 | 1.13 | 55.45 | (44.36) | 11.09 |
| 6. Asphalt starter - universal starter course | 28.00 LF | 1.74 | 0.88 | 49.60 | (49.60) | 0.00 |
| 7. Remove Additional charge for steep roof - 10/12 - 12/12 slope | 1.90 SQ | 24.52 | 0.00 | 46.59 | (0.00) | 46.59 |
| 8. Additional charge for steep roof - 10/12 - 12/12 slope | 2.33 SQ | 62.62 | 0.00 | 145.90 | (0.00) | 145.90 |
| **Totals: Play house roof** | | | **23.55** | **1,126.36** | **567.35** | **559.01** |



#### Shed Roof

| | |
|---|---|
| 273.36 Surface Area | 2.73 Number of Squares |
| 66.24 Total Perimeter Length | 17.50 Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 9. Tear off, haul and dispose of comp. shingles - Laminated | 2.73 SQ | 66.74 | 0.00 | 182.20 | (0.00) | 182.20 |
| 10. Laminated - comp. shingle rfg. - w/out felt | 3.33 SQ | 212.26 | 24.37 | 731.20 | (487.47) | 243.73 |
| 11. Roofing felt - 15 lb. | 2.73 SQ | 28.47 | 1.12 | 78.84 | (78.84) | 0.00 |
| 12. Drip edge | 66.24 LF | 2.39 | 4.45 | 162.76 | (93.00) | 69.76 |
| 13. Ridge cap - composition shingles | 17.50 LF | 3.88 | 1.41 | 69.31 | (55.45) | 13.86 |
| 14. Asphalt starter - universal starter course | 35.00 LF | 1.74 | 1.10 | 62.00 | (62.00) | 0.00 |
| 15. Remove Additional charge for steep roof - 10/12 - 12/12 slope | 2.73 SQ | 24.52 | 0.00 | 66.94 | (0.00) | 66.94 |

**Best Insurance Settlement**

Best Insurance Settlement
P.O. Box 705
Fremont In 46737

### CONTINUED - Shed Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 16.  Additional charge for steep roof - 10/12 - 12/12 slope | 3.33 SQ | 62.62 | 0.00 | 208.52 | (0.00) | 208.52 |
| **Totals:  Shed Roof** | | | **32.45** | **1,561.77** | **776.76** | **785.01** |



### House Roof

| 5455.51 | Surface Area | 54.56 | Number of Squares |
|---|---|---|---|
| 546.70 | Total Perimeter Length | 208.16 | Total Ridge Length |
| 0.01 | Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 17.  Tear off, haul and dispose of comp. shingles - Laminated | 54.55 SQ | 66.74 | 0.00 | 3,640.67 | (0.00) | 3,640.67 |
| 18.  Laminated - comp. shingle rfg. - w/out felt | 60.33 SQ | 212.26 | 441.44 | 13,247.09 | (8,831.39) | 4,415.70 |
| 19.  Roofing felt - 15 lb. | 54.55 SQ | 28.47 | 22.34 | 1,575.38 | (1,575.38) | 0.00 |
| 20.  Drip edge | 469.00 LF | 2.39 | 31.52 | 1,152.43 | (658.53) | 493.90 |
| 21.  Ridge cap - composition shingles | 208.14 LF | 3.88 | 16.76 | 824.34 | (659.47) | 164.87 |
| 22.  R&R Flashing - pipe jack | 3.00 EA | 49.61 | 2.79 | 151.62 | (73.16) | 78.46 |
| 23.  Asphalt starter - universal starter course | 263.00 LF | 1.74 | 8.28 | 465.90 | (465.90) | 0.00 |
| 24.  Remove Additional charge for steep roof - 7/12 to 9/12 slope | 25.65 SQ | 15.61 | 0.00 | 400.40 | (0.00) | 400.40 |
| 25.  Additional charge for steep roof - 7/12 to 9/12 slope | 28.33 SQ | 39.85 | 0.00 | 1,128.95 | (0.00) | 1,128.95 |
| 26.  Remove Additional charge for steep roof - 10/12 - 12/12 slope | 28.90 SQ | 24.52 | 0.00 | 708.63 | (0.00) | 708.63 |
| 27.  Additional charge for steep roof - 10/12 - 12/12 slope | 32.00 SQ | 62.62 | 0.00 | 2,003.84 | (0.00) | 2,003.84 |
| 28.  Continuous ridge vent - shingle-over style | 178.14 LF | 8.10 | 41.90 | 1,484.83 | (848.47) | 636.36 |
| 29.  R&R Flue cap - oversized | 1.00 EA | 250.77 | 14.14 | 264.91 | (243.97) | 20.94 |
| 30.  R&R Fireplace - chimney chase cover - sheet metal | 1.00 EA | 432.71 | 14.91 | 447.62 | (426.68) | 20.94 |
| 31.  R&R Chimney flashing - average (32" x 36") | 1.00 EA | 378.22 | 5.56 | 383.78 | (207.34) | 176.44 |
| 32.  Step flashing | 64.00 LF | 8.72 | 6.76 | 564.84 | (322.76) | 242.08 |
| 33.  R&R Flashing - L flashing - color finish | 28.00 LF | 4.81 | 3.67 | 138.35 | (68.50) | 69.85 |
| 34.  R&R Counterflashing - Apron flashing | 92.00 LF | 9.44 | 9.34 | 877.82 | (466.92) | 410.90 |
| 35.  Detach & Reset Siding - beveled - cedar (clapboard) | 285.58 SF | 2.75 | 2.00 | 787.35 | (0.00) | 787.35 |
| 36.  Seal & paint wood siding | 285.58 SF | 1.76 | 9.00 | 511.62 | (0.00) | 511.62 |
| 37.  Siding Installer - per hour | 6.00 HR | 100.00 | 0.00 | 600.00 | (0.00) | 600.00 |

additional labor for siding and painter for 8/12 pitch work on roof

**Best Insurance Settlement**

Best Insurance Settlement
P.O. Box 705
Fremont In 46737

### CONTINUED - House Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| ~~38. Ice & water barrier~~ | ~~1,917.00 SF~~ | ~~1.37~~ | ~~46.97~~ | ~~2,673.26~~ | ~~(0.00)~~ | ~~2,673.26~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.
This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.
Area includes dormer walls, eave edges, and valleys.  Excludes east garage eave as that area not heated.

| | | | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| **Totals:  House Roof** | | | **630.41** | **31,360.37** | **14,848.47** | **16,511.90** |

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 39. R&R Gutter / downspout - aluminum - up to 5" | 80.00 LF | 8.90 | 23.41 | 735.41 | (552.49) | 182.92 |
| **Totals:  Front Elevation** | | | **23.41** | **735.41** | **552.49** | **182.92** |

### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 40.  R&R Gutter / downspout - aluminum - up to 5" | 42.00 LF | 8.90 | 12.29 | 386.09 | (290.05) | 96.04 |
| **Totals:  Right Elevation** | | | **12.29** | **386.09** | **290.05** | **96.04** |

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 41.  R&R Gutter / downspout - aluminum - up to 5" | 154.00 LF | 8.90 | 45.06 | 1,415.66 | (1,063.54) | 352.12 |
| **Totals:  Rear Elevation** | | | **45.06** | **1,415.66** | **1,063.54** | **352.12** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|

**Best Insurance Settlement**

Best Insurance Settlement
P.O. Box 705
Fremont In 46737

### CONTINUED - Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 42.  R&R Gutter / downspout - aluminum - up to 5" | 16.00 LF | 8.90 | 4.68 | 147.08 | (110.49) | 36.59 |
| 43.  Comb and straighten a/c condenser fins - with trip charge | 1.00 EA | 175.13 | 0.00 | 175.13 | (0.00) | 175.13 |
| Homeowner replaced ac unit in September 2021, less then 6 weeks old.   Original ac inspected by both appraisers was no longer present. | | | | | | |
| 44.  R&R Fascia - metal - 6" | 12.42 LF | 5.72 | 1.49 | 72.54 | (27.18) | 45.36 |
| 45.  R&R Siding - beveled - cedar (clapboard) | 12.42 SF | 6.97 | 2.48 | 89.05 | (16.62) | 72.43 |
| 46.  Seal & paint wood siding | 12.42 SF | 1.76 | 0.39 | 22.25 | (0.00) | 22.25 |
| **Totals:  Left Elevation** | | | **9.04** | **506.05** | **154.29** | **351.76** |

### Debris Removal

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 47.  Haul debris - per pickup truck load - including dump fees | 1.00 EA | 169.16 | 0.00 | 169.16 | (0.00) | 169.16 |
| fascia and gutters | | | | | | |
| **Totals:  Debris Removal** | | | **0.00** | **169.16** | **0.00** | **169.16** |

| **Total:  Source – Eagle View** | | | **776.21** | **37,260.87** | **18,252.95** | **19,007.92** |



| **Deck** | | **LxWxH 19' 6" x 14' x 3'** |
|---|---|---|
| 201.00  SF Walls | 273.00  SF Ceiling | |
| 474.00  SF Walls & Ceiling | 273.00  SF Floor | |
| 30.33  SY Flooring | 67.00  LF Floor Perimeter | |
| 58.50  SF Long Wall | 42.00  SF Short Wall | |
| 67.00  LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 48.  Clean with pressure/chemical spray | 402.50 SF | 0.30 | 0.28 | 121.03 | (0.00) | 121.03 |
| 49.  Paint deck - 2 coats paint | 301.00 SF | 1.32 | 4.42 | 401.74 | (0.00) | 401.74 |
| 50.  Paint deck handrail - 2 coats paint | 29.00 LF | 9.25 | 0.81 | 269.06 | (0.00) | 269.06 |
| Homeowner had this work completed and was freshly coated with a thicker deck surface coat texture surface, estimated for paint based on photos from Coastal claims which show paint chips consistent with hail impact damage. | | | | | | |
| **Totals:  Deck** | | | **5.51** | **791.83** | **0.00** | **791.83** |

**Best Insurance Settlement**

Best Insurance Settlement
P.O. Box 705
Fremont In 46737

**Permits**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 51.  Taxes, insurance, permits & fees (Bid Item) upon submission | 1.00 EA | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals:  Permits** | | | **0.00** | **0.00** | **0.00** | **0.00** |
| **Total:  Source – Eagle View** | | | **781.72** | **38,052.70** | **18,252.95** | **19,799.75** |
| **Line Item Totals:  14-14L3-50S** | | | **781.72** | **38,052.70** | **18,252.95** | **19,799.75** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 201.00 | SF Walls | 273.00 | SF Ceiling | 474.00 | SF Walls and Ceiling |
| 273.00 | SF Floor | 30.33 | SY Flooring | 67.00 | LF Floor Perimeter |
| 58.50 | SF Long Wall | 42.00 | SF Short Wall | 67.00 | LF Ceil. Perimeter |
| | | | | | |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 9,171.03 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| | | | | | |
| 5,918.93 | Surface Area | 59.19 | Number of Squares | 668.09 | Total Perimeter Length |
| 239.66 | Total Ridge Length | 0.01 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 38,052.70 | 100.00% | 19,799.75 | 100.00% |
| Dwelling – Code Upgrade | 0.00 | 0.00% | 0.00 | 0.00% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 38,052.70 | 100.00% | 19,799.75 | 100.00% |

**Best Insurance Settlement**

Best Insurance Settlement
P.O. Box 705
Fremont In 46737

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 37,270.98 |
| Material Sales Tax | 781.72 |
| **Replacement Cost Value** | **$38,052.70** |
| Less Depreciation | (18,252.95) |
| **Actual Cash Value** | **$19,799.75** |
| **Net Claim** | **$19,799.75** |
| Total Recoverable Depreciation | 18,252.95 |
| **Net Claim if Depreciation is Recovered** | **$38,052.70** |

_____

Denny Keiser

**Best Insurance Settlement**

Best Insurance Settlement
P.O. Box 705
Fremont In 46737

### Summary for Dwelling - Code Upgrade

| | |
|---|---:|
| Line Item Total | 0.00 |
| **Replacement Cost Value** | **$0.00** |
| **Net Claim** | **$0.00** |

### Dwelling - Code Upgrade Paid When Incurred

| | |
|---|---:|
| Line Item Total | 2,626.29 |
| Material Sales Tax | 46.97 |
| **Replacement Cost Value** | **$2,673.26** |
| **Total Paid When Incurred** | **$2,673.26** |
| **Net Claim** | **$0.00** |
| **Net Claim if Additional Amounts are Recovered** | **$2,673.26** |

_____
Denny Keiser

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant, by mail, requesting a return receipt, at the address furnished by the PLAINTIFFS.

CLERK, PORTER CIRCUIT AND SUPERIOR COURTS

Dated: _____, 2022.                    BY: _____
                                                                    Deputy Clerk

### RETURN SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the _____ day of _____, 2022.

CLERK, PORTER CIRCUIT AND SUPERIOR COURTS

Dated: _____, 2022.                    BY: _____
                                                                    Deputy Clerk

### RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

1.      By delivering on _____, 2022, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date of each of the within named person(s).

2.      By leaving on _____, 2022, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.

3.      This SUMMONS came to hand this date, _____, _____. The within named _____ was not found in my bailiwick this date, _____, 2022.

ALL DONE IN PORTER COUNTY, INDIANA.

SHERIFF OF PORTER COUNTY, INDIANA

BY: _____

### SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same date attached thereto were received by me at _____ in _____, Indiana, on this date, _____, 2022.


_____
Signature of Defendant

IN THE PORTER SUPERIOR COURT

STATE OF INDIANA

MARK KEZY AND AMY KEZY,          )
                                )
               Plaintiffs,      )
                                )
      -vs-                      )      CAUSE NO.:  64D01-2202-CT-001598
                                )
STATE FARM FIRE AND CASUALTY    )
COMPANY,                        )
               Defendant.       )

E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.  The party on whose behalf this form is being filed is:
    Initiating ____        Responding  √        Intervening ____ ; and
    the undersigned attorney and all attorneys listed on this form now appear in this
    case for the following parties:
    Name of party   State Farm Fire and Casualty Company_____
    Address of party  *(see Question # 5 below if this case involves a protection from abuse
    order, a workplace violence restraining order, or a no-contact order)*

    _____
    _____
    Telephone # of party _____
    *(List on a continuation page additional parties this attorney represents in this case.)*

2.  Attorney information for service as required by Trial Rule 5(B)(2)

         Name:       Eric C. McNamar               Atty Number:  22467-49
         Address:    LEWIS WAGNER, LLP
                     1411 Roosevelt Avenue, Suite 102
                     Indianapolis, IN  46201
                     Phone: (317) 237-0500
                     FAX: (317) 630-2790
                     emcnamar@lewiswagner.com

Name:          Edmund L Abel                    Atty Number:  36293-49
Address:       LEWIS WAGNER, LLP
               1411 Roosevelt Avenue, Suite 102
               Indianapolis, IN  46201
               Phone: (317) 237-0500
               FAX: (317) 630-2790
               eabel@lewiswagner.con

**IMPORTANT**:  Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a __Civil Tort__ case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No _√_ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ____ No _√_ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

_____     Attorney's address
_____     The Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).
_____     Another address (provide)

_____

This case involves a petition for involuntary commitment.  Yes ____ No _√_

6.  If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:
    a.   Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

        _____

    b.   State of Residence of person subject to petition: _____
    c.   At least one of the following pieces of identifying information:
        (i)   Date of Birth _____
        (ii)  Driver's License Number _____
            State where issued _____ Expiration date _____
        (iii) State ID number _____
            State where issued _____ Expiration date _____
        (iv) FBI number _____
        (v)  Indiana Department of Corrections Number _____
         (vi) Social Security Number is available and is being provided in an attached confidential document Yes ____ No ____

7.  There are related cases: Yes ____ No _√_ *(If yes, list on continuation page.)*

8.  Additional information required by local rule:
_____

9.  There are other party members: Yes ____ No _√_ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:
    Yes _√_  No___

                    LEWIS WAGNER, LLP

                    BY: *&#95;/s/ Eric C. McNamar&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;*
                        ERIC C. MCNAMAR, #22467-49
                        EDMUND L. ABEL, #36293-49
                    ***Counsel for Defendant State Farm Fire & Casualty Company***

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, I have served a copy of the foregoing upon all counsel of record, as follows using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered.

Meghann Chonowski
2005 Valparaiso Street, Suite 122
Valparaiso, Indiana 46383
meghann@hairshunnarah.com
**Counsel for Plaintiffs**

/s/ Eric C. McNamar
ERIC C. MCNAMAR

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 201
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX: (317) 630-2790
emcnamar@lewiswagner.com
eabel@lewiswagner.com